**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** § § **CCC WIND DOWN, INC., f/k/a** § **CHRISTIAN CARE CENTERS, INC.** § **and CHRISTIAN CARE CENTERS** § **FOUNDATION, INC.,** § § Debtors. § | | **Case No. 22-80000-sgj11** **Chapter 11** **Jointly Administered** |
| **GLASSRATNER ADVISORY &** § **CAPITAL GROUP, LLC d/b/a** § **B. RILEY ADVISORY SERVICES,** § **AS PLAN ADMINISTRATOR,** § § Plaintiff, § vs. § § **TRUIST BANK,** § § Defendant § | | **Adv. Proc. No. 23-08001-sgj** |

**JOINT STIPULATION TO EXTEND DEADLINE FOR
TRUIST BANK TO FILE ANSWER**

**WHEREAS**, on October 12, 2023, GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services, solely in its capacity as Plan Administrator (the "Plaintiff") filed the *Complaint to Avoid and Recover Preferential Transfers and Fraudulent Transfers and to Disallow Claims of Defendant* (the "Complaint") [Doc. No. 1];

**WHEREAS**, pursuant to Rule 7012(a) of the Federal Rules of Bankruptcy Procedure, Truist Bank (the "Defendant" and together with the Plaintiff, the "Parties") is required to file its answer to the Complaint by November 13, 2023; and

**WHEREAS**, the Parties have agreed to extend the deadline for the Defendant to file an answer to the Complaint.

**NOW, THEREFORE,** the Parties hereby stipulate and agree as follows:

1. The deadline for the Defendant to file an answer to the Complaint shall be December 13, 2023.

Dated: November 13, 2023

| **STIPULATED AND AGREED:** | **STIPULATED AND AGREED:** |
|---|---|
| TROUTMAN PEPPER HAMILTON SANDERS LLP | KANE RUSSELL COLEMAN LOGAN PC |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| By: */s/ Matthew R. Brooks* <br>    Matthew R. Brooks | By: */s/ Kyle Woodward (with permission)* <br>    Kyle Woodward |

## CERTIFICATE OF SERVICE

I certify that on November 13, 2023, I caused a copy of the foregoing Stipulation to be served by electronic transmission to all registered ECF users appearing in this Adversary Proceeding.

　　　　　　　　　　　　　　　　　*/s/ Matthew R. Brooks*
　　　　　　　　　　　　　　　　　Matthew R. Brooks